In the Matter of the Claim of JOSEPH GROSZEK, Respondent, against THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued April 18, 1933; decided May 23, 1933.)

John H. Waters, Francis R. Stark and Ralph H. Overbaugh for appellant.

John J. Bennett, Jr., Attorney-General (John R. O'Hanlon of counsel), for State Industrial Board, respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.